UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. CR 21-189 ADM

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                    **INFORMATION**

WESLEY DAVID RICHARDS,

   Defendant.

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Aiding and Abetting Passing a Treasury Check Bearing a False Endorsement or Signature)

From on or about April 1, 2017 to on or about August 31, 2017, in the State and District of Minnesota, the defendant,

**Wesley David Richards,**

did aid and abet others, known and unknown, in passing a check issued by the United States Department of the Treasury, specifically a tax refund check issued to individual M.M. on February 10, 2017, which bore a false signature and endorsement, with the intent to defraud the United States and financial institutions, including U.S. Bancorp, all in violation of Title 18, United States Code, Sections 2 and 510(a)(2).

**FORFEITURE ALLEGATIONS**

As the result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States

SCANNED
AUG 31 2021
U.S. DISTRICT COURT MPLS

Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of the offense.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Dated: August 31, 2021

W. ANDERS FOLK
Acting United States Attorney

BY: ALEXANDER D. CHIQUOINE
Assistant U.S. Attorney
Attorney ID No. 0396420